IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

          Plaintiff,

  vs.

ALIYAH REYNA LOZANO,

          Defendant.

**EXHIBIT LIST**

Case No.    8:25CR134
Deputy:     Sara Pankoke
Reporter:   Digital Recorder
Date:       June 18, 2025

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | Photograph of profile | X | | X | | 6/18/2025 |
| 2 | | | Photograph with vehicle | X | | X | | 6/18/2025 |
| 3 | | | Full video view from South | X | | X | | 6/18/2025 |
| 4 | | | Video view from North | X | | X | | 6/18/2025 |

**OBJECTIONS**
    R: Relevancy
    H: Hearsay
    A: Authenticity
    O: Other (specify)