IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

ALIYAH REYNA LOZANO,

                    Defendant.

**WITNESS LIST**

Case No.      8:25CR134
Deputy:       Sara Pankoke
Reporter:     Digital Recorder
Date:         June 18, 2025

FOR PLAINTIFF:

| Name | Date |
| --- | --- |
| Justin Temperly | June 18, 2025 |
|  |  |

FOR DEFENDANT:

| Name | Date |
| --- | --- |
|  |  |
|  |  |